# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DUNBAR, FRANK S | § | Case No. 12-80474 |
| DUNBAR, TAMMY M | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was                 and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $           , for a total compensation of $           [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $         , and now requests reimbursement for expenses of $         , for total expenses of $           [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/DANIEL M. DONAHUE_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:    1

Exhibit A

| | |
|---|---|
| Case No: | 12-80474    MLB    Judge: MANUEL BARBOSA |
| Case Name: | DUNBAR, FRANK S |
| | DUNBAR, TAMMY M |
| For Period Ending: | 09/10/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Date Filed (f) or Converted (c): | 02/14/12 (f) |
| 341(a) Meeting Date: | 03/22/12 |
| Claims Bar Date: | 08/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 9694 Fairfield Road, Huntley IL 60142 | 325,000.00 | 0.00 | DA | 0.00 | FA |
| 2. American Community Bank - checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. American Community Bank - checking | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. TCF Bank - checking | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. American Community Bank - savings | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. Normal complement of household goods | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Normal complement of clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Wedding rings and misc jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. 1 handgun, 1 shotgun | 400.00 | 0.00 | DA | 0.00 | FA |
| 10. Thrivent or Lutherans - whole life - spouse and /o | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Union benefit term insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 12. Union benefit term insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 13. (3) College of America - 529 Illinois College Fund | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 14. DC 14 Painter's Pension Fund - defined benefit | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. Select Painting & Drywall Company - closed, Chapte | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Shareholder loan to Select Painting & Drywall Comp | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. Select Painting & Drywall Company - unpaid wages ( | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. 2003 Ford Expedition | 4,200.00 | 0.00 | DA | 0.00 | FA |
| 19. 2009 Chevrolet Silverado | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 20. Honda CR85R - dirt bike (no title) | 500.00 | 0.00 | DA | 0.00 | FA |
| 21. 2001 Shorelander trailer | 400.00 | 0.00 | DA | 0.00 | FA |
| 22. 2006 Keystone Camper | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 23. Home computer | 50.00 | 0.00 | DA | 0.00 | FA |
| 24. 1 dog | 25.00 | 0.00 | DA | 0.00 | FA |
| 25. Income tax refund (u) | 0.00 | 9,768.00 | | 9,768.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

| | |
|---|---|
| Case No:        12-80474      MLB    Judge: MANUEL BARBOSA | Trustee Name:              DANIEL M. DONAHUE |
| Case Name:   DUNBAR, FRANK S | Date Filed (f) or Converted (c):   02/14/12 (f) |
| DUNBAR, TAMMY M | 341(a) Meeting Date:          03/22/12 |
| | Claims Bar Date:               08/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $369,577.00 | $9,768.00 | | $9,768.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-80474  -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | DUNBAR, FRANK S | | Bank Name: | CONGRESSIONAL BANK |
| | DUNBAR, TAMMY M | | Account Number / CD #: | *******6856  GENERAL CHECKING |
| Taxpayer ID No: | *******9167 | | | |
| For Period Ending: | 09/10/12 | | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/12 | 25 | FRANK & TAMMY DUNBAR | INCOME TAX REFUNDS | 1224-000 | 9,768.00 | | 9,768.00 |
| | | 9694 FAIRFIELD RD. | | | | | |
| | | HUNTLEY, IL  60142 | | | | | |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND - BOND #016018067 | 2300-000 | | 7.86 | 9,760.14 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 9,768.00 | 7.86 | 9,760.14 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,768.00 | 7.86 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 9,768.00 | 7.86 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 9,768.00 | 7.86 | 9,760.14 |
| GENERAL CHECKING - *******6856 | | | |
| | 9,768.00 | 7.86 | 9,760.14 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          9,768.00          7.86

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 10, 2012

| Case Number: | 12-80474 | | | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | DUNBAR, FRANK S | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2200-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $76.30 | $76.30 |
| 001 2200-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $76.30 | $76.30 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $7.86 | $7.86 |
| 000002 058 5800-00 | Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0039 | Priority | | $0.00 | $48,887.72 | $48,887.72 |
| 000003 058 5800-00 | Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0039 | Priority | | $0.00 | $40,993.97 | $40,993.97 |
| 000004 058 5800-00 | Illinois Department of Revenue 200 S. Wyman - #306 Rockford, IL 61101-1234 | Priority | | $0.00 | $8,658.20 | $8,658.20 |
| 000005 058 5800-00 | Illinois Department of Employment Security Northern Region 260 E. Indian Trail Road Aurora, IL 60505-1733 | Priority | | $0.00 | $20,739.32 | $20,739.32 |
| 000006 058 5800-00 | Iowa Department of Revenue PO Box 10471 Des Moines, IA 50306-0471 | Priority | | $0.00 | $7,940.71 | $7,940.71 |
| 000007 058 5800-00 | Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0039 | Priority | | $0.00 | $5,871.69 | $5,871.69 |
| 000008 058 5800-00 | Iowa Department of Unemployment 1000 E. Grand Avenue Des Moines, IA 50319-0209 | Priority | | $0.00 | $17,045.40 | $17,045.40 |
| 000009 058 5800-00 | Indiana Department of Workforce 10 N. Senate Avenue Indianapolis, IN 46204 | Priority | | $0.00 | $36.46 | $36.46 |
| 000010 058 5800-00 | Wisconsin Department of Workforce Division of Unemployment Insurance PO Box 7945 Madison, WI 53707-7945 | Priority | | $0.00 | $498.96 | $498.96 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                                    Date: September 10, 2012

Case Number:   12-80474
Debtor Name:   DUNBAR, FRANK S                          Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012 058 5800-00 | State of Wisconsin, DWD - UI POB 8914 Madison, WI 53708 | Priority | | $0.00 | $1,064.57 | $1,064.57 |
| 000018A 058 5800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Priority | | $0.00 | $7,781.36 | $7,781.36 |
| 000001 070 7100-00 | American Marketing & Publishing PO Box 982 DeKalb, IL 60115 | Unsecured | | $0.00 | $1,493.68 | $1,493.68 |
| 000011 070 7100-00 | FIFTH THIRD BANK 9441 LBJ FREEWAY,SUITE 350 DALLAS,TEXAS 75243 | Unsecured | | $0.00 | $4,158.97 | $4,158.97 |
| 000013 070 7100-00 | Citibank, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 | Unsecured | | $0.00 | $4,525.41 | $4,525.41 |
| 000014 070 7100-00 | FIFTH THIRD BANK 9441 LBJ FREEWAY,SUITE 350 DALLAS,TEXAS 75243 | Unsecured | | $0.00 | $11,124.19 | $11,124.19 |
| 000015 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $851.20 | $851.20 |
| 000016 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $2,577.64 | $2,577.64 |
| 000017 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,628.52 | $1,628.52 |
| 000019 070 7100-00 | Bank of the West 2527 Camino Ramon San Ramon, CA 94583 | Unsecured | | $0.00 | $16,943.63 | $16,943.63 |
| 000020 070 7100-00 | GreeSky Trade Credit LLC 1797 NE Expressway, Suite 100 Atlanta, GA 30329 | Unsecured | | $0.00 | $4,130.19 | $4,130.19 |
| 000021 070 7100-00 | GreeSky Trade Credit LLC 1797 NE Expressway, Suite 100 Atlanta, GA 30329 | Unsecured | | $0.00 | $1,372.73 | $1,372.73 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3                                                                                    Date: September 10, 2012

| Case Number: | 12-80474 | | | Claim Type Sequence | | | |
| Debtor Name: | DUNBAR, FRANK S | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000022<br>070<br>7100-00 | Platte River Insurance Company<br>c/o Jomax Recovery Services<br>14100 N. 83rd Avenue, Ste 235<br>Peoria, AZ 85381 | Unsecured | | $0.00 | $10,079.89 | $10,079.89 |
| 000023A<br>070<br>7100-00 | STC Capital Bank<br>c/o David Chroust, Ice Miller LLP<br>2300 Cabot Drive, Ste. 455<br>Lisle, IL 60532 | Unsecured | | $0.00 | $50,000.00 | $50,000.00 |
| 000024<br>070<br>7100-00 | Central Illinois Carpenters Health &<br>Welfare Trust<br>c/o John A. Wolters<br>Cavanagh & O'Hara LLP<br>407 E. Adams Street<br>Springfield, IL 62701 | Unsecured | | $0.00 | $9,096.05 | $9,096.05 |
| 000025<br>070<br>7100-00 | Carpenters Pension and Retirement<br>Savings Funds of Illinois<br>PO Box 4001<br>Geneva, IL 60134-4001 | Unsecured | | $0.00 | $10,510.91 | $10,510.91 |
| 000026<br>070<br>7100-00 | Chicago Painters and Decorators<br>Fringe Benefit Fun<br>c/o Gregory Hose, Arnold and Kadjan<br>203 N. LaSalle Street, Suite 1650<br>Chicago, IL 60604 | Unsecured | | $0.00 | $7,938.02 | $7,938.02 |
| | Case Totals: | | | $0.00 | $296,109.85 | $296,109.85 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-80474
Case Name: DUNBAR, FRANK S
              DUNBAR, TAMMY M
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Trustee Expenses: DANIEL M. DONAHUE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $                must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Department of the Treasury | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Department of the Treasury | $ | $ | $ |
| 000005 | Illinois Department of Employment Security | $ | $ | $ |
| 000006 | Iowa Department of Revenue | $ | $ | $ |
| 000007 | Department of the Treasury | $ | $ | $ |
| 000008 | Iowa Department of Unemployment | $ | $ | $ |
| 000009 | Indiana Department of Workforce | $ | $ | $ |
| 000012 | State of Wisconsin, DWD - UI | $ | $ | $ |
| 000018A | Illinois Department of Revenue Bankruptcy Section | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Marketing & Publishing | $ | $ | $ |
| 000011 | FIFTH THIRD BANK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Citibank, N.A. | $ | $ | $ |
| 000014 | FIFTH THIRD BANK | $ | $ | $ |
| 000015 | GE Capital Retail Bank | $ | $ | $ |
| 000016 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000017 | American Express Bank, FSB | $ | $ | $ |
| 000019 | Bank of the West | $ | $ | $ |
| 000020 | GreeSky Trade Credit LLC | $ | $ | $ |
| 000021 | GreeSky Trade Credit LLC | $ | $ | $ |
| 000022 | Platte River Insurance Company | $ | $ | $ |
| 000023A | STC Capital Bank | $ | $ | $ |
| 000024 | Central Illinois Carpenters Health & Welfare Trust | $ | $ | $ |
| 000025 | Carpenters Pension and Retirement | $ | $ | $ |
| 000026 | Chicago Painters and Decorators Fringe Benefit Fun | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE