UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
DUNBAR, FRANK S § Case No. 12-80474
DUNBAR, TAMMY M §
 §
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   U.S. Bankruptcy Clerk's Office
   Stanley J. Roszkowski U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/10/2012 in Courtroom 3100,
   United States Courthouse
   327 South Church Street
   Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue
                                         Trustee


DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DUNBAR, FRANK S § Case No. 12-80474
DUNBAR, TAMMY M §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Trustee Expenses: DANIEL M. DONAHUE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Department of the Treasury | $ | $ | $ |
| 000003 | Department of the Treasury | $ | $ | $ |
| 000005 | Illinois Department of Employment Security | $ | $ | $ |
| 000006 | Iowa Department of Revenue | $ | $ | $ |
| 000007 | Department of the Treasury | $ | $ | $ |
| 000008 | Iowa Department of Unemployment | $ | $ | $ |
| 000009 | Indiana Department of Workforce | $ | $ | $ |
| 000012 | State of Wisconsin, DWD - UI | $ | $ | $ |
| 000018A | Illinois Department of Revenue Bankruptcy Section | $ | $ | $ |

Total to be paid to priority creditors                                 $_____

Remaining Balance                                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Marketing & Publishing | $ | $ | $ |
| 000011 | FIFTH THIRD BANK | $ | $ | $ |
| 000013 | Citibank, N.A. | $ | $ | $ |
| 000014 | FIFTH THIRD BANK | $ | $ | $ |
| 000015 | GE Capital Retail Bank | $ | $ | $ |
| 000016 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000017 | American Express Bank, FSB | $ | $ | $ |
| 000019 | Bank of the West | $ | $ | $ |
| 000020 | GreeSky Trade Credit LLC | $ | $ | $ |
| 000021 | GreeSky Trade Credit LLC | $ | $ | $ |
| 000022 | Platte River Insurance Company | $ | $ | $ |
| 000023A | STC Capital Bank | $ | $ | $ |
| 000024 | Central Illinois Carpenters Health & Welfare Trust | $ | $ | $ |
| 000025 | Carpenters Pension and Retirement | $ | $ | $ |
| 000026 | Chicago Painters and Decorators Fringe Benefit Fun | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                                              Trustee


DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.