# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DUNBAR, FRANK S § Case No. 12-80474
DUNBAR, TAMMY M §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        U.S. Bankruptcy Clerk's Office
        Stanley J. Roszkowski U.S. Courthouse
        327 South Church Street
        Room 1100
        Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/10/2012 in Courtroom 3100,

        United States Courthouse
        327 South Church Street
        Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: /s/ Daniel M. Donahue_____
                                                                             Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DUNBAR, FRANK S § Case No. 12-80474
DUNBAR, TAMMY M §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,768.00 |
| and approved disbursements of | $ | 7.86 |
| leaving a balance on hand of[1] | $ | 9,760.14 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,726.80 | $ 0.00 | $ 1,726.80 |
| Trustee Expenses: DANIEL M. DONAHUE | $ 76.30 | $ 0.00 | $ 76.30 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,803.10 |
| Remaining Balance | $ 7,957.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 150,361.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Department of the Treasury | $ 48,887.72 | $ 0.00 | $ 2,587.11 |
| 000003 | Department of the Treasury | $ 40,993.97 | $ 0.00 | $ 2,169.38 |
| 000005 | Illinois Department of Employment Security | $ 20,739.32 | $ 0.00 | $ 1,097.51 |
| 000006 | Iowa Department of Revenue | $ 7,940.71 | $ 0.00 | $ 420.22 |
| 000007 | Department of the Treasury | $ 5,871.69 | $ 0.00 | $ 310.73 |
| 000008 | Iowa Department of Unemployment | $ 17,045.40 | $ 0.00 | $ 902.03 |
| 000009 | Indiana Department of Workforce | $ 36.46 | $ 0.00 | $ 1.93 |
| 000012 | State of Wisconsin, DWD - UI | $ 1,064.57 | $ 0.00 | $ 56.34 |
| 000018A | Illinois Department of Revenue Bankruptcy Section | $ 7,781.36 | $ 0.00 | $ 411.79 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 7,957.04 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,431.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Marketing & Publishing | $ 1,493.68 | $ 0.00 | $ 0.00 |
| 000011 | FIFTH THIRD BANK | $ 4,158.97 | $ 0.00 | $ 0.00 |
| 000013 | Citibank, N.A. | $ 4,525.41 | $ 0.00 | $ 0.00 |
| 000014 | FIFTH THIRD BANK | $ 11,124.19 | $ 0.00 | $ 0.00 |
| 000015 | GE Capital Retail Bank | $ 851.20 | $ 0.00 | $ 0.00 |
| 000016 | Capital One Bank (USA), N.A. | $ 2,577.64 | $ 0.00 | $ 0.00 |
| 000017 | American Express Bank, FSB | $ 1,628.52 | $ 0.00 | $ 0.00 |
| 000019 | Bank of the West | $ 16,943.63 | $ 0.00 | $ 0.00 |
| 000020 | GreeSky Trade Credit LLC | $ 4,130.19 | $ 0.00 | $ 0.00 |
| 000021 | GreeSky Trade Credit LLC | $ 1,372.73 | $ 0.00 | $ 0.00 |
| 000022 | Platte River Insurance Company | $ 10,079.89 | $ 0.00 | $ 0.00 |
| 000023A | STC Capital Bank | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000024 | Central Illinois Carpenters Health & Welfare Trust | $ 9,096.05 | $ 0.00 | $ 0.00 |
| 000025 | Carpenters Pension and Retirement | $ 10,510.91 | $ 0.00 | $ 0.00 |
| 000026 | Chicago Painters and Decorators Fringe Benefit Fun | $ 7,938.02 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                            Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 12-80474-MB
Frank S Dunbar                                                          Chapter 7
Tammy M Dunbar
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez                 Page 1 of 4                  Date Rcvd: Sep 14, 2012
                              Form ID: pdf006               Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2012.
db/jdb        +Frank S Dunbar,    Tammy M Dunbar,    9694 Fairfield Road,    Huntley, IL 60142-2422
18481696       ADT Security Services,    PO Box 631877,    Irving, TX 75063-0030
18481701      +AT&T,   Bankruptcy Department,    6021 S. Rio Grande Avenue,    Orlando, FL 32809-4613
18481702       AT&T Mobility,   PO Box 1829,    Alpharetta, GA 30023-1829
18481697      +Aerial Work Platforms, Inc.,    W230N6080 Hi Tech Drive,    Sussex, WI 53089-3994
18481698       American Express,    Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
19001659       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18481699      +American Marketing & Publishing,    PO Box 982,    DeKalb, IL 60115-0982
18481700      +Ames Drywall Finishing Tools,    PO Box 100029,    Duluth, GA 30096-9429
18481703      +B&L Blueprint,   61 Monaco Drive,    Roselle, IL 60172-1990
18481706      +BHFX Digital Imaging,    80 W. Seegers Road,    Arlington Heights, IL 60005-3917
18481704      +Badgerland Supply Inc.,    PO Box 259066,    Madison, WI 53725-9066
18481705       Bank of the West,    PO Box 4024,   Alameda, CA 94501-0424
18481707      +Capital One,   Bankruptcy Department,    PO Box 85167,    Richmond, VA 23285-5167
18965245       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18481708      +Carpenters Fringe Benefit Funds,    c/o Eastern Iowa Fringe Benefit,    PO Box 2304,
                Cedar Rapids, IA 52406-2304
18481709       Carpenters Pension and Retirement,    Savings Funds of Illinois,    PO Box 4001,
                Geneva, IL 60134-4001
18481710      +Cavanagh & O'Hara LLP,    Attn: John Leahy,    407 E. Adams Street,    Springfield, IL 62701-1404
19260269      +Central Illinois Carpenters Health & Welfare Trust,    c/o John A. Wolters,
                Cavanagh & O'Hara LLP,    407 E. Adams Street,    Springfield, IL 62701-1404
18481711       Chase Freedom,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
19261370      +Chicago Painters and Decorators Fringe Benefit Fun,    c/o Gregory Hose, Arnold and Kadjan,
                203 N. LaSalle Street, Suite 1650,    Chicago, IL 60601-1257
18481713       Construction Industry Funds,    PO Box 71031,    Chicago, IL 60694-1031
18481714       Crystal Lake Oral Surgery,    690 North Route 31,    Crystal Lake, IL 60012
18481717      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
              (address filed with court:   Fifth Third Bank,    Customer Service - MD 1MOC2G-4050,
                38 Fountain Square Plaza,    Cincinnati, OH 45263)
18892026      +FIFTH THIRD BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
18481716       FedEx,   PO Box 94515,    Palatine, IL 60094-4515
18481718      +Five River Carpenters Funds,    1831 16th Avenue S.W.,    Cedar Rapids, IA 52404-1755
19090856      +GreeSky Trade Credit LLC,    1797 NE Expressway, Suite 100,    Atlanta, GA 30329-2451
18481720      +Hinkley Springs,    PO Box 660579,    Dallas, TX 75266-0579
18481721       Hinshaw & Culbertson, LLP,    8142 Solutions Center Drive,    Chicago, IL 60677-8001
18481722      +Home Depot Credit Services,    Dept 32-2533242065,    P.O. Box 183176,    Columbus, OH 43218-3176
18481723      +IDES,   Collections Section,    33 S. State Street, 10th Floor,    Chicago, IL 60603-2803
18831554       Illinois Department of Employment Security,    Northern Region,    260 E. Indian Trail Road,
                Aurora, IL  60505-1733
18481724      +Illinois Department of Revenue,    200 S. Wyman - #306,    Rockford, IL 61101-1237
19054793       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
18481725      +Indiana Dept of Workforce,    10 N. Senate Avenue,    Indianapolis, IN 46204-2277
18481726       Iowa Department of Revenue,    PO Box 10471,    Des Moines, IA 50306-0471
18831718       Iowa Department of Unemployment,    1000 E. Grand Avenue,    Des Moines, IA  50319-0209
18481727      +Iowa Dept of Unemployment,    100 E. Grand Avenue,    Des Moines, IA 50309-1829
18481728       J.C. Licht/Epco,    24196 Network Place,    Chicago, IL 60673-1241
18481730      +JHP Drywall Scrapping,    220 Highbury Drive,    Elgin, IL 60120-4561
18481729      +James R. Johnson,    198 Foxmoor Road,    Fox River Grove, IL 60021-1867
18481731      +John Johnson,    7235 Bannockburn,    Crystal Lake, IL 60014-6808
18481732      +Just Rite Acoustics, Inc.,    1501 Estes Avenue,    Elk Grove Village, IL 60007-5407
18481734      +LTD Commodities,    PO Box 296,   Northbrook, IL 60065-0296
18481733      +Law Office of James T. Moczydlowski,    1333 College Avenue,    Suite K,
                South Milwaukee, WI 53172-1150
18481735      +McKee Printing,    2031 Carlisle Street,    Algonquin, IL 60102-4127
18481737      +Painters District Council 30,    1905 Sequoia Drive,    Suite 201,    Aurora, IL 60506-1088
18481738      +PayPal Credit Services,    GE Money Bank Attn:Bankruptcy Dept,    P.O. Box 103104,
                Roswell, GA 30076-9104
19186356      +Platte River Insurance Company,    c/o Jomax Recovery Services,    14100 N. 83rd Avenue, Ste 235,
                Peoria, AZ 85381-5662
18481739      +Pro Fastening Systems, Inc.,    44 E. University Drive,    Arlington Heights, IL 60004-1802
18481740      +Reed Construction Data,    30 Technology Pkwy South,    Suite 100,    Norcross, GA 30092-2925
18481741      +Reinke Gypsum Supply Co., Inc.,    1400 Sheldon Drive,    Elgin, IL 60120-8131
18481742      +Reinke Interior Supply Co., Inc.,    545 E. Touhy Avenue,    Des Plaines, IL 60018-2609
19250043      +STC Capital Bank,    c/o David Chroust, Ice Miller LLP,    2300 Cabot Drive, Ste. 455,
                Lisle, IL 60532-4613
18481746      +STC Captial Bank,    PO Box 1472,    Saint Charles, IL 60174-7420
18481743       Sears MasterCard,    PO Box 6282,    Sioux Falls, SD 57117-6282
18481744     #+Select Painting & Drywall Company,    PO Box 487,    Huntley, IL 60142-0487
18481745       Slate from Chase,    PO Box 15153,    Wilmington, DE 19886-5153
```

```
District/off: 0752-3          User: cshabez              Page 2 of 4                  Date Rcvd: Sep 14, 2012
                              Form ID: pdf006            Total Noticed: 75


18481747       The Sherwin-Williams Co.,    Accounts Receivable Dept.,    132 N. Randall Road,
                 Lake in the Hills, IL 60156-4471
18481748       Tnemec Company, Inc.,    6800 Corporate Drive,   Kansas City, MO 64120-1372
18481751      +Trustees of Chicago Painters Pens.,    c/o Arnold and Kadjan,    203 N. LaSalle Street, Suite 1650,
                 Chicago, IL 60601-1257
18481752       UPS,   PO Box 650580,   Dallas, TX 75265-0580
18481753       Wells Fargo,   Return Mail Operations,    PO Box 14411,   Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19078454      +E-mail/Text: bknotices@bankofthewest.com Sep 15 2012 03:05:40     Bank of the West,
                 2527 Camino Ramon,   San Ramon, CA 94583-4213
18481712      +E-mail/Text: dmcanally@whitfield-mcgann.com Sep 15 2012 03:09:44
                 Chicago Regional Council Carpenters,    Welfare, Pension etc. Funds,    12 East Erie Street,
                 Chicago, IL 60611-2789
18908094       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2012 03:31:13     Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,   Oklahoma City, OK  73124-8840
18915488       E-mail/PDF: rmscedi@recoverycorp.com Sep 15 2012 03:34:27     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18481719       E-mail/Text: jonna.schwalb@greenskycredit.com Sep 15 2012 03:09:24     GreenSky Trade Credit,
                 PO Box 933614,   Atlanta, GA 31193-3614
18481715       E-mail/Text: cio.bncmail@irs.gov Sep 15 2012 02:42:41     Department of the Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0039
18481736       E-mail/Text: bankrup@nicor.com Sep 15 2012 02:47:56     Nicor Gas,   PO Box 0632,
                 Aurora, IL 60507-0632
18903783      +E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Sep 15 2012 03:13:50
                 State of Wisconsin, DWD - UI,    POB 8914,   Madison, WI 53708-8914
18481750      +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 15 2012 03:44:14     Transworld Systems, Inc,
                 507 Prudential Rd,   Horsham, PA 19044-2308
18481754       E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Sep 15 2012 03:13:50
                 Wisconsin Dept of Workforce,    Division of Unemployment Insurance,    PO Box 7945,
                 Madison, WI 53707-7945
18481755       E-mail/Text: bankruptcy@wrightexpress.com Sep 15 2012 03:13:49     Wright Express Fleet Services,
                 PO Box 6293,   Carol Stream, IL 60197-6293
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18910707*     +FIFTH THIRD BANK,   9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
18831722*     +Indiana Department of Workforce,    10 N. Senate Avenue,   Indianapolis, IN 46204-2201
18831795*      Wisconsin Department of Workforce,    Division of Unemployment Insurance,    PO Box 7945,
                 Madison, WI  53707-7945
18481749      ##+Toyota Financial Services,    PO Box 3025,   Coraopolis, PA 15108-6912
                                                                                              TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: cshabez              Page 3 of 4            Date Rcvd: Sep 14, 2012
                              Form ID: pdf006            Total Noticed: 75

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2012**                         **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez             Page 4 of 4              Date Rcvd: Sep 14, 2012
                              Form ID: pdf006           Total Noticed: 75
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2012 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Debtor Frank Dunbar natalelaw@bjnatalelaw.com
              Daniel   Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                            TOTAL: 4
```