UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
|---|---|---|
| | § | |
| DUNBAR, FRANK S | § | Case No. 12-80474 |
| DUNBAR, TAMMY M | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                   Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                   Claims Discharged
                                                                                                       Without Payment:

Total Expenses of Administration:

---

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| DANIEL M. DONAHUE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carpenters Fringe Benefit Funds c/o Eastern Iowa Fringe Benefit PO Box 2304 Cedar Rapids, IA 52406 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carpenters Pension and Retirement Savings Funds of Illinois PO Box 4001 Geneva, IL 60134-4001 | | | | | |
| | Cavanagh & O'Hara LLP Attn: John Leahy 407 E. Adams Street Springfield, IL 62701 | | | | | |
| | Cavanagh & O'Hara LLP Attn: John Leahy 407 E. Adams Street Springfield, IL 62701 | | | | | |
| | Chicago Regional Council Carpenters Welfare, Pension etc. Funds 12 East Erie Street Chicago, IL 60611 | | | | | |
| | Chicago Regional Council Carpenters Welfare, Pension etc. Funds 12 East Erie Street Chicago, IL 60611 | | | | | |
| | Construction Industry Funds PO Box 71031 Chicago, IL 60694-1031 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Five River Carpenters Funds 1831 16th Avenue S.W. Cedar Rapids, IA 52404 | | | | | |
| | IDES Collections Section 33 S. State Street, 10th Floor Chicago, IL 60603-2802 | | | | | |
| | Painters District Council 30 1905 Sequoia Drive Suite 201 Aurora, IL 60506 | | | | | |
| | Trustees of Chicago Painters Pens. c/o Arnold and Kadjan 203 N. LaSalle Street, Suite 1650 Chicago, IL 60601 | | | | | |
| 000002 | DEPARTMENT OF THE TREASURY | | | | | |
| 000003 | DEPARTMENT OF THE TREASURY | | | | | |
| 000007 | DEPARTMENT OF THE TREASURY | | | | | |
| 000005 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000004 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018A | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000009 | INDIANA DEPARTMENT OF WORKFORCE | | | | | |
| 000006 | IOWA DEPARTMENT OF REVENUE | | | | | |
| 000008 | IOWA DEPARTMENT OF UNEMPLOYMENT | | | | | |
| 000012 | STATE OF WISCONSIN, DWD - UI | | | | | |
| 000010 | WISCONSIN DEPARTMENT OF WORKFORCE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services PO Box 631877 Irving, TX 75063-0030 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Bankruptcy Department 6021 S. Rio Grande Avenue Orlando, FL 32859 | | | | | |
| | AT&T Mobility PO Box 1829 Alpharetta, GA 30023-1829 | | | | | |
| | Aerial Work Platforms, Inc. W230N6080 Hi Tech Drive Sussex, WI 53089 | | | | | |
| | Ames Drywall Finishing Tools PO Box 100029 Duluth, GA 30096-9249 | | | | | |
| | B&L Blueprint 61 Monaco Drive Roselle, IL 60172 | | | | | |
| | BHFX Digital Imaging 80 W. Seegers Road Arlington Heights, IL 60005 | | | | | |
| | Badgerland Supply Inc. PO Box 259066 Madison, WI 53725 | | | | | |
| | Chase Freedom Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Crystal Lake Oral Surgery 690 North Route 31 Crystal Lake, IL 60012 | | | | | |
| | FedEx PO Box 94515 Palatine, IL 60094-4515 | | | | | |
| | Hinkley Springs PO Box 660579 Dallas, TX 75266-0579 | | | | | |
| | Hinshaw & Culbertson, LLP 8142 Solutions Center Drive Chicago, IL 60677-8001 | | | | | |
| | Home Depot Credit Services Dept 32-2533242065 P.O. Box 183176 Columbus, OH 43218 | | | | | |
| | J.C. Licht/Epco 24196 Network Place Chicago, IL 60673-1241 | | | | | |
| | JHP Drywall Scrapping 220 Highbury Drive Elgin, IL 60120 | | | | | |
| | James R. Johnson 198 Foxmoor Road Fox River Grove, IL 60021 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Johnson 7235 Bannockburn Crystal Lake, IL 60014 | | | | | |
| | Just Rite Acoustics, Inc. 1501 Estes Avenue Elk Grove Village, IL 60007 | | | | | |
| | LTD Commodities PO Box 296 Northbrook, IL 60065 | | | | | |
| | Law Office of James T. Moczydlowski 1333 College Avenue Suite K South Milwaukee, WI 53172 | | | | | |
| | McKee Printing 2031 Carlisle Street Algonquin, IL 60102 | | | | | |
| | Nicor Gas PO Box 0632 Aurora, IL 60507-0632 | | | | | |
| | PayPal Credit Services GE Money Bank Attn:Bankruptcy Dept P.O. Box 103104 Roswell, GA 30076 | | | | | |
| | Pro Fastening Systems, Inc. 44 E. University Drive Arlington Heights, IL 60004 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Reed Construction Data 30 Technology Pkwy South Suite 100 Norcross, GA 30092-2912 | | | | | |
| | Reinke Gypsum Supply Co., Inc. 1400 Sheldon Drive Elgin, IL 60120 | | | | | |
| | Reinke Interior Supply Co., Inc. 545 E. Touhy Avenue Des Plaines, IL 60018 | | | | | |
| | Sears MasterCard PO Box 6282 Sioux Falls, SD 57117-6282 | | | | | |
| | Slate from Chase PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | The Sherwin-Williams Co. Accounts Receivable Dept. 132 N. Randall Road Lake in the Hills, IL 60156-4471 | | | | | |
| | Tnemec Company, Inc. 6800 Corporate Drive Kansas City, MO 64120-1372 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transworld Systems, Inc 507 Prudential Rd Horsham, PA 19044 | | | | | |
| | UPS PO Box 650580 Dallas, TX 75265-0580 | | | | | |
| | Wright Express Fleet Services PO Box 6293 Carol Stream, IL 60197-6293 | | | | | |
| 000017 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | AMERICAN MARKETING & PUBLISHING | | | | | |
| 000019 | BANK OF THE WEST | | | | | |
| 000016 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000025 | CARPENTERS PENSION AND RETIREMENT | | | | | |
| 000024 | CENTRAL ILLINOIS CARPENTERS HEALTH | | | | | |
| 000026 | CHICAGO PAINTERS AND DECORATORS FRI | | | | | |
| 000013 | CITIBANK, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | FIFTH THIRD BANK | | | | | |
| 000014 | FIFTH THIRD BANK | | | | | |
| 000015 | GE CAPITAL RETAIL BANK | | | | | |
| 000020 | GREESKY TRADE CREDIT LLC | | | | | |
| 000021 | GREESKY TRADE CREDIT LLC | | | | | |
| 000022 | PLATTE RIVER INSURANCE COMPANY | | | | | |
| 000023A | STC CAPITAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: 12-80474 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: DUNBAR, FRANK S | Date Filed (f) or Converted (c): | 02/14/12 (f) |
| DUNBAR, TAMMY M | 341(a) Meeting Date: | 03/22/12 |
| For Period Ending: 12/11/12 | Claims Bar Date: | 08/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 9694 Fairfield Road, Huntley IL 60142 | 325,000.00 | 0.00 | | 0.00 | FA |
| 2. American Community Bank - checking | 500.00 | 0.00 | | 0.00 | FA |
| 3. American Community Bank - checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. TCF Bank - checking | 0.00 | 0.00 | | 0.00 | FA |
| 5. American Community Bank - savings | 0.00 | 0.00 | | 0.00 | FA |
| 6. Normal complement of household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. Normal complement of clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. Wedding rings and misc jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9. 1 handgun, 1 shotgun | 400.00 | 0.00 | | 0.00 | FA |
| 10. Thrivent or Lutherans - whole life - spouse and /o | 3,000.00 | 0.00 | | 0.00 | FA |
| 11. Union benefit term insurance | 1.00 | 0.00 | | 0.00 | FA |
| 12. Union benefit term insurance | 1.00 | 0.00 | | 0.00 | FA |
| 13. (3) College of America - 529 Illinois College Fund | 4,500.00 | 0.00 | | 0.00 | FA |
| 14. DC 14 Painter's Pension Fund - defined benefit | 0.00 | 0.00 | | 0.00 | FA |
| 15. Select Painting & Drywall Company - closed, Chapte | 0.00 | 0.00 | | 0.00 | FA |
| 16. Shareholder loan to Select Painting & Drywall Comp | 0.00 | 0.00 | | 0.00 | FA |
| 17. Select Painting & Drywall Company - unpaid wages ( | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2003 Ford Expedition | 4,200.00 | 0.00 | | 0.00 | FA |
| 19. 2009 Chevrolet Silverado | 16,000.00 | 0.00 | | 0.00 | FA |
| 20. Honda CR85R - dirt bike (no title) | 500.00 | 0.00 | | 0.00 | FA |
| 21. 2001 Shorelander trailer | 400.00 | 0.00 | | 0.00 | FA |
| 22. 2006 Keystone Camper | 8,000.00 | 0.00 | | 0.00 | FA |
| 23. Home computer | 50.00 | 0.00 | | 0.00 | FA |
| 24. 1 dog | 25.00 | 0.00 | | 0.00 | FA |
| 25. Income tax refund (u) | 0.00 | 9,768.00 | | 9,768.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.00b

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-80474 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | DUNBAR, FRANK S | | | Date Filed (f) or Converted (c): | 02/14/12 (f) |
| | DUNBAR, TAMMY M | | | 341(a) Meeting Date: | 03/22/12 |
| | | | | Claims Bar Date: | 08/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $369,577.00 | $9,768.00 | | $9,768.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 12-80474 -MLB |
| Case Name: | DUNBAR, FRANK S |
| | DUNBAR, TAMMY M |
| Taxpayer ID No: | *******9167 |
| For Period Ending: | 12/11/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******6856 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/12 | 25 | FRANK & TAMMY DUNBAR<br>9694 FAIRFIELD RD.<br>HUNTLEY, IL 60142 | INCOME TAX REFUNDS | 1224-000 | 9,768.00 | | 9,768.00 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 7.86 | 9,760.14 |
| 10/11/12 | 000101 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,726.80 | 8,033.34 |
| 10/11/12 | 000102 | DANIEL M. DONAHUE | Trustee Expenses | 2200-000 | | 76.30 | 7,957.04 |
| 10/11/12 | 000103 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039 | Claim 000002, Payment 5.3% | 5800-000 | | 2,587.11 | 5,369.93 |
| 10/11/12 | 000104 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039 | Claim 000003, Payment 5.3% | 5800-000 | | 2,169.38 | 3,200.55 |
| 10/11/12 | 000105 | Illinois Department of Employment Security<br>Northern Region<br>260 E. Indian Trail Road<br>Aurora, IL 60505-1733 | Claim 000005, Payment 5.3% | 5800-000 | | 1,097.51 | 2,103.04 |
| 10/11/12 | 000106 | Iowa Department of Revenue<br>PO Box 10471<br>Des Moines, IA 50306-0471 | Claim 000006, Payment 5.3% | 5800-000 | | 420.22 | 1,682.82 |
| 10/11/12 | 000107 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039 | Claim 000007, Payment 5.3% | 5800-000 | | 310.73 | 1,372.09 |
| 10/11/12 | 000108 | Iowa Department of Unemployment<br>1000 E. Grand Avenue<br>Des Moines, IA 50319-0209 | Claim 000008, Payment 5.3% | 5800-000 | | 902.03 | 470.06 |
| | | | Page Subtotals | | 9,768.00 | 9,297.94 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2     Page: 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-80474 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | DUNBAR, FRANK S | | Bank Name: | CONGRESSIONAL BANK |
| | DUNBAR, TAMMY M | | Account Number / CD #: | *******6856 GENERAL CHECKING |
| Taxpayer ID No: | *******9167 | | | |
| For Period Ending: | 12/11/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/11/12 | 000109 | Indiana Department of Workforce<br>10 N. Senate Avenue<br>Indianapolis, IN 46204 | Claim 000009, Payment 5.3% | 5800-000 | | 1.93 | 468.13 |
| 10/11/12 | 000110 | State of Wisconsin, DWD - UI<br>POB 8914<br>Madison, WI 53708 | Claim 000012, Payment 5.3% | 5800-000 | | 56.34 | 411.79 |
| 10/11/12 | 000111 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000018A, Payment 5.3% | 5800-000 | | 411.79 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 9,768.00 | 9,768.00 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 9,768.00 | 9,768.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 9,768.00 | 9,768.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - *******6856 | 9,768.00 | 9,768.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,768.00 | 9,768.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     470.06

Ver: 17.00b